■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ORLANDO, Appellant. [925 NYS2d 334]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 28, 2009 (*People v Orlando*, 61 AD3d 1001 [2009]), affirming a judgment of the County Court, Nassau County, rendered August 18, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Angiolillo and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARABET PILAVDJIAN, Appellant. [924 NYS2d 820]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered April 8, 2010, convicting him of burglary in the first degree and robbery in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Florio, Leventhal, Belen and Cohen, JJ., concur.